IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-518-AP

EVANGELINE GONZALES,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

JAMES M. ANDERSON
Anderson & Lopez, P.C.
4905 N. Union Blvd., Suite 302
Colorado Springs, CO 80918
Telephone: (719) 471-1818
Facsimile: (719) 260-1098
jim@andersonandlopez.com

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Assistant U.S. Attorney
Deputy Chief, Civil Division
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0184
Facsimile: (303) 454-0400
Kevin.Traskos@usdoj.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** March 13, 2008
**B. Date Complaint Was Served on U.S. Attorney's Office:** March 13, 2008
**C. Date Answer and Administrative Record Were Filed:** May 19, 2008 (Answer) and May 20, 2008 (Administrative Record)

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The Administrative Record appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties do not foresee offering any unusual claims or defenses in this case.

## 7. OTHER MATTERS

The parties are not aware of any other matters at this time.

## 8. BRIEFING SCHEDULE

Counsel for both parties agree to the following proposed briefing schedule:

**A. Plaintiff's Opening Brief Due:** July 16, 2008
**B. Defendant's Response Brief Due:** August 15, 2008
**C. Plaintiffs Reply Brief (If Any) Due:** August 29, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**
Plaintiff does not request oral argument.

**B. Defendant's Statement:**
Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B. (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 6th day of June, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

*s/ James M. Anderson*
JAMES M. ANDERSON
Anderson & Lopez, P.C.
4905 N. Union Blvd., Suite 302
Colorado Springs, CO 80918
Telephone: (719) 471-1818
Facsimile: (719) 260-1098)543-8403
jim@andersonandlopez.com

For Defendant:

TROY A. EID
United States Attorney

*s/ Kevin Traskos*
KEVIN TRASKOS
Assistant U.S. Attorney
Deputy Chief, Civil Division
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0184
Facsimile: (303) 454-0400
Kevin.Traskos@usdoj.gov