IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-518-AP**

**EVANGELINE GONZALES,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Unopposed Motion by Defendant to File Response Brief Out of Time (doc. #12), filed September 17, 2008, is GRANTED. The Response Brief is accepted as filed. Plaintiff's reply brief is due October 3, 2008.

Dated: September 18, 2008